IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-80042 WHA

IN THE MATTER OF

**ORDER OF SUSPENSION**

Steven Charles Lynes – #174020

      Because Steven Lynes has failed to respond to the order to show cause, Mr. Lynes' membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:   April 22, 2013.

      WILLIAM ALSUP
      UNITED STATES DISTRICT JUDGE